# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcia Douglas,<br><br>    Plaintiff,<br><br>v.<br><br>ATSI Ahtna Technical Services,<br><br>    Defendant. | No. CV-18-02237-PHX-ESW<br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") (Doc. 10) of United States Magistrate Judge Eileen S. Willett, filed on January 11, 2019. As more fully set forth therein, Judge Willet recommends dismissal of Plaintiff's Complaint without prejudice for failure to serve pursuant to Fed. R. Civ. P. 4(m).

In so recommending, Judge Willet explicitly advised the parties that they "shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (Doc. 10 at 3:18-20). Judge Willet further explicitly advised that "[f]ailure to file timely objections to the any factual determinations of the Magistrate Judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation." (*Id.* at 3:24-28) (citation omitted).

In accordance with the foregoing, the parties had until January 28, 2019 by which to timely file objections to the R&R. The parties did not do so. Absent any timely objections, the Court is not required to review the findings and recommendations in the

R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (The relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). Nonetheless, the Court has reviewed the R&R and agrees with its findings and recommendation. The Court will, therefore, accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Magistrate Judge Willet's R&R (Doc. 10) is **accepted** and **adopted** as an Order of this Court.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 4(m), this action is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

**Dated** this 1st day of February, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge